## Commonwealth ex rel. Butler, Appellant, *v.* Brierly.

Submitted January 2, 1968. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Thomas A. Butler,* appellant, in propria persona.

*Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.